IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13cv834, Case Name iControl Networks, Inc. v. Alarm.com, et al.
Party Represented by Applicant: iControl Networks, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Alyssa Nicole Knutson
Bar Identification Number 267107  State California
Firm Name Wilson Sonsini Goodrich & Rosati
Firm Phone # 650-493-9300   Direct Dial # 650-849-3064   FAX # 650-493-6811
E-Mail Address aknutson@wsgr.com
Office Mailing Address 650 Page Mill Road, Palo Alto, California 94304

Name(s) of federal court(s) in which I have been admitted N.D. Cal., S.D. Cal., D. Colo., 9th Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Stephen E. Noona
(Typed or Printed Name)

7/18/2013
(Date)
25367
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                    (Date)

Dated: July 18, 2013
Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Email: senoona@kaufcan.com
Email: mewarmbier@kaufcan.com

James C. Yoon (*pro hac vice* application to be filed)
Ryan R. Smith (*pro hac vice* application to be filed)
Alyssa N. Knutson (*pro hac vice* application to be filed)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jyoon@wsgr.com
Email: rsmith@wsgr.com
Email: aknutson@wsgr.com

**Counsel for Plaintiff iControl Networks, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. In addition, I hereby certify that I will serve the foregoing by first-class United States mail addressed as follows:

Stephen S. Trundle, Registered Agent
Alarm.com Incorporated
8150 Leesburg Pike, Ste. 1400
Vienna VA 22182

FrontPoint Security Solutions, LLC
c/o Capitol Corporate Services, Inc., Registered Agent
10 S. Jefferson Street, Suite 1400
Roanoke, VA 24011

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Email: senoona@kaufcan.com
Email: mewarmbier@kaufcan.com

James C. Yoon (*pro hac vice* application to be filed)
Ryan R. Smith (*pro hac vice* application to be filed)
Alyssa N. Knutson (*pro hac vice* application to be filed)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jyoon@wsgr.com
Email: rsmith@wsgr.com
Email: aknutson@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*