IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

F I L E D
JUL -0 9 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13cv834, Case Name iControl Networks, Inc. v. Alarm.com, et al.
Party Represented by Applicant: iControl Networks, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) James Chung-Yul Yoon
Bar Identification Number 177155  State California
Firm Name Wilson Sonsini Goodrich & Rosati
Firm Phone # 650-493-9300   Direct Dial # 650-320-4726   FAX # 650-493-6811
E-Mail Address jyoon@wsgr.com
Office Mailing Address 650 Page Mill Road, Palo Alto, California 94304

Name(s) of federal court(s) in which I have been admitted N.D. Cal., C.D. Cal., S.D. Cal., 9th Cir., D. Ariz., U.S.P.T.O., Fed. Cir., D. Colo., E.D. Tex., W.D. Tex., N.D. Ill., W.D. Pa.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   7/18/2013 (Date)
Stephen E. Noona (Typed or Printed Name)   25367 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted ____
The motion for admission is GRANTED ✓ or DENIED ____

/s/
(Judge's Signature)   7/19/13 (Date)

T. S. Ellis, III
United States District Judge