# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FILED
MAILROOM

JUL 2 2 2013

ICONTROL NETWORKS, INC.,

    Plaintiff,

v.                                      CIVIL ACTION NO.: 1:13cv834

ALARM.COM INCORPORATED
AND FRONTPOINT SECURITY SOLUTIONS, LLC,

    Defendants.

### SUMMONS IN A CIVIL ACTION

TO:    FrontPoint Security Solutions, LLC
        <u>Serve</u>: Capitol Corporate Services, Inc., Registered Agent
        10 S. Jefferson Street, Suite 1400
        Roanoke, VA 24011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorneys, whose names and address are:

Stephen E. Noona (VSB No. 25367)
Email: senoona@kaufcan.com
Mark E. Warmbier (VSB No. 77993)
Email: mewarmbier@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: July 10, 2013

                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

Civil Action No.

# PROOF OF SERVICE

*(This Section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place), _____

_____ on the (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of defendant) _____, who is

designated by law to accept service of process on behalf of (name of organization)

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____

_____; or

☐ Other (specify): _____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

12502587v1

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

FILED
MAILROOM

JUL 2 2 2013

CLERK, U.S. DISTRICT COURT
AL[...]

Case Number: 1-13CV834

**Plaintiff:**
**icontrol Networks Inc**

vs.

**Defendant:**
**Alarm.Com Incorporated & Frontpoint Security Solutions LLC**

For:
~~Brian Dolan~~
KAufman & Canoles
11817 Canon Blvd
Suite 408
Newport News, VA 23606

Received by VIRGINIA COURT SERVICES on the 11th day of July, 2013 at 10:25 am to be served on **Frontpoint Security Solutions Llc SERVE Capitol Coporate Services Inc RA, 10 S Jefferson St, Ste 1400, Roanoke, VA**.

I, Jeff Spar USDC Special Process Server, being duly sworn, depose and say that on the **11th day of July, 2013 at 11:38 am, I:**

**Substitute Served** by leaving a true copy of this **Summons in a Civil Action with exhibits** with the date and hour of service endorsed thereon by me, at the within named person's usual place of business, to a person employed therein to wit: KAthy Ward as Auth Agent and informing said person of the contents thereof.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, I am not a party to, or otherwise interested in, the subject matter in controversy in this case. I served, as shown above, the above named person upon whom service of process was to be made with   copies described above.

Subscribed and Sworn to before me on the the 11th day of July, 2013 by the affiant who is personally known to me.

_Melissa Trout_
Notary Public

MELISSA S TROUT
NOTARY PUBLIC
REGISTRATION # 7129730
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 20__

Jeff Spar USDC Special Process Server
DCJS 99-220818 /Investigator

VIRGINIA COURT SERVICES
D.C.J.S. #11-5936
P.O. Box 1
Roanoke, VA 24002-0001
(540) 982-0000
Our Job Serial Number: VAC-2013000494

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m