IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13CV834 – TSE- IDD |
| ) | |
| ALARM.COM INCORPORATED, ) | |
| and ) | |
| FRONTPOINT SECURITY SOLUTIONS, LLC ) | |
| ) | |
| Defendants. ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Alarm.com Incorporated in the above captioned action, certifies that (a) it does not issue shares or debt securities to the public; (b) it does not have any parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public; and (c) no publicly held entity owns more than ten percent of its stock.

ALARM.COM INCORPORATED


By  /s/
    Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Roger G. Brooks
Teena-Ann V. Sankoorikal
Andrei Harasymiak
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rgbrooks@cravath.com
tsankoorikal@cravath.com
aharasymiak@cravath.com

*Counsel for Defendant Alarm.com Incorporated.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

> Stephen E. Noona
> senoona@kaufcan.com
> Mark E. Warmbier
> mewarmbier@kaufcan.com
> Kaufman & Canoles, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
>
> James C. Yoon
> Ryan R. Smith
> Alyssa N. Knutson
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> jyoon@wsgr.com
> rsmith@wsgr.com
> aknutson@wsgr.com
>
> *Counsel for Plaintiff*

> /s/
> Dabney J. Carr, IV, VSB #28679
> Robert A. Angle, VSB #37691
> **TROUTMAN SANDERS LLP**
> P. O. Box 1122
> Richmond, Virginia 23218-1122
> Telephone: (804) 697-1200
> Facsimile: (804) 697-1339
> dabney.carr@troutmansanders.com
> robert.angle@troutmansanders.com
> *Counsel for Defendant Alarm.com Incorporated*