UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13cv834 (TSE/IDD) |
| v. ) | |
| ) | |
| ALARM.COM INCORPORATED ) | |
| and ) | |
| FRONTPOINT SECURITY SOLUTIONS, LLC ) | |
| ) | |
| Defendants. ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for FrontPoint Security Solutions, LLC in the above-captioned action, certifies that (a) it does not issue shares or debt securities to the public; (b) it does not have any parents, trusts, subsidiaries and/or affiliates that have issued shared or debt securities to the public; and (c) no publicly held entity owns more than ten percent of its stock.

July 26, 2013

*Respectfully submitted*,

/s/ Michael A. Oakes
Michael A. Oakes (VSB #47245)
Alysa N. Youngson (VSB #82838)
HUNTON & WILLIAMS, LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-7459
moakes@hunton.com
ayoungson@hunton.com

*Counsel for Defendant FrontPoint Security Solutions, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notifications of the filing to the following:

Stephen E. Noona
senoona@kaufcan.com
Mark E. Warmbier
mewarmbier@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
aknutson@wsgr.com

*Counsel for Plaintiff*


/s/ Michael A. Oakes
Michael A. Oakes (VSB #47245)
HUNTON & WILLIAMS, LLP
2200 Pennsylvania Ave, NW
Washington, DC  20037
Telephone:  (202) 419-2172
Facsimile:  (202) 778-7459
moakes@hunton.com

*Counsel for Defendant FrontPoint Security Solutions, LLC*