# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| ICONTROL NETWORKS, INC. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:13-CV-00834-TSE-IDD |
| ALARM.COM INCORPORATED ET AL. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRONTPOINT SECURITY SOLUTIONS, LLC

Date: AUGUST 23, 2013

*Attorney's signature*

Alysa N. Youngson, VSB #82838
*Printed name and bar number*

Hunton & Williams LLP
2200 Pennsylvania Ave. N.
Washington, DC 20037

*Address*

ayoungson@hunton.com
*E-mail address*

(202) 955-1924
*Telephone number*

(202) 778-2001
*FAX number*