IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
AUG 27 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| iCONTROL NETWORKS, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:13cv834 (LMB/IDD) |
| ALARM.COM INCORPORATED, et al. | ) ) ) | |
| Defendants. | ) ) | |

ORDER

Because this civil action has been reassigned to the undersigned judge and the undersigned judge holds her final pretrial conferences at 10:00 a.m., it is hereby

ORDERED that the Scheduling Order issued on August 22, 2013 be and is modified to reflect that the final pretrial conference scheduled for **Thursday, January 16, 2014 will commence at 10:00 a.m.** rather than 11:00 a.m. In every other aspect the Scheduling Order remains unchanged.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 27 day of August, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge