**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED, and <br> FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:13-CV-00834-LMB-IDD <br><br> Jury Trial Demanded |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September 13, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, FrontPoint Security Solutions, LLC ("FrontPoint") will move the Court for the relief requested in its Motion to Dismiss under Rule 12(b)(6) ("Motion"). FrontPoint consents to and is available for a hearing on its Motion on September 13, 2013.

Dated: August 30, 2013

Respectfully submitted,

 /s/  Michael A. Oakes
Michael A. Oakes (VA Bar No. 47245)
Email: moakes@hunton.com
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave. N.
Washington, DC 20037
Telephone: (202) 955-1500
Fascimile: (202) 778-2001

*Counsel for Defendant*
*FrontPoint Security Solutions, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties participating in the NEF system, including the following, who will also be served via electronic mail:

Mark Edward Warmbier
Email: mewarmbier@kaufcan.com
Stephen Edward Noona
Email: senoona@kaufcan.com
**KAUFMAN & CANOLES, P.C.**
150 W Main Street, Suite 2100
PO Box 3037
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
aknutson@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

Dabney J. Carr, IV
Robert A. Angle
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Counsel for Defendant Alarm.com Incorporated*

Dated: August 30, 2013

/s/  Michael A. Oakes
Michael A. Oakes (VA Bar No. 47245)
Email: moakes@hunton.com
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave. N.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2001

*Counsel for Defendant
FrontPoint Security Solutions, LLC*