**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:13cv834 ((LMB/IDD) |
| ) | |
| ALARM.COM INCORPORATED AND ) | |
| FRONTPOINT SECURITY SOLUTIONS, LLC, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | |

**CONSENT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to Federal Civil Rule 26(c)(1) and the parties' discovery plan (Doc. No. 34),

plaintiff, iControl Networks, Inc. ("iControl"), by counsel, and for good cause shown, moves for

entry of the *Agreed Protective Order* attached as **Exhibit 1**. Defendants consent to the entry of

this proposed *Agreed Protective Order*.

*The parties do not seek to have an oral argument on this consent motion.*

Dated:  September 10, 2013          Respectfully submitted,


                                    /s/ Stephen E. Noona
                                    Stephen E. Noona
                                    Virginia State Bar No. 25367
                                    Mark E. Warmbier
                                    Virginia State Bar No. 77993
                                    KAUFMAN & CANOLES, P.C.
                                    150 W. Main Street, Suite 2100
                                    Norfolk, VA 23510-1665
                                    Telephone:  (757) 624-3000
                                    Facsimile:  (757) 624-3169
                                    Email:  senoona@kaufcan.com
                                    Email:  mewarmbier@kaufcan.com

James C. Yoon (*pro hac vice*)
Ryan R. Smith (*pro hac vice*)
Alyssa N. Knutson (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
Email:  jyoon@wsgr.com
Email:  rsmith@wsgr.com
Email:  aknutson@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I filed the forgoing pleading and the following counsel of record were served by electronic ECF System:


Marc Khadpe
Teena-Ann Sankoorikal
Daniel Weinstein
Andrei Harasymiak
Roger Brooks
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
mkhadpe@cravath.com
tsankoorikal@cravath.com
dweinstein@cravath.com
aharasymiak@cravath.com
rgbrooks@cravath.com

Dabney J. Carr, IV
Robert A. Angle
**TROUTMAND SANDERS LLP**
P.O. Box 1122
Richmond, Virginia 23218-1122
dabney.carr@troutmansanders.com
roberts.angle@troutmansanders.com

*Counsel for Defendant Alarm.com, Inc.*

Michael A. Oakes
Alysa N. Youngson
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
moakes@hunton.com
ayoungson@hunton.com

*Counsel for Defendant FrontPoint Security Solutions, LLC*


*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

*12645858v1*