IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ICONTROL NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13cv00834 (LMB/IDD) |
| | ) | |
| ALARM.COM INCORPORATED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On August 30, 2013, defendant FrontPoint Security Solutions, LLC filed a Motion to Dismiss under Rule 12(b)(6) for Failure to State a Claim and noticed it for a hearing on Friday, September 13, 2013. Dkt. Nos. 31, 33. On September 11, 2013, plaintiff filed its First Amended Complaint for Patent Infringment. Dkt. No. 37. Accordingly, it is hereby

ORDERED that by **1:00 p.m. on Thursday, September 12, 2013**, counsel for defendant FrontPoint Security Solutions, LLC advise the Court whether it intends to withdraw its motion to dismiss or proceed as scheduled.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 12th day of September, 2013.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge