IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED, and FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:13-CV-00834-LMB-IDD <br><br> Jury Trial Demanded |

## NOTICE OF INTENT NOT TO PROCEED

In response to this Court's Order of September 12, 2013 (Dkt. No. 38), Defendant FrontPoint Security Solutions, LLC ("FrontPoint") hereby provides notice that FrontPoint does not intend to proceed as scheduled on Friday, September 13, 2013.  On September 11, 2013, Plaintiff iControl Networks, Inc. ("iControl") filed a First Amended Complaint.  While the First Amended Complaint appears intended to address certain of the deficiencies identified in FrontPoint's Motion to Dismiss, the amended allegations remain deficient and contain additional deficiencies that necessitate dismissal of iControl's First Amended Complaint.  FrontPoint intends to file a motion to dismiss the First Amended Complaint in short order and will notice this motion for hearing as soon as possible.

Dated: September 12, 2013          Respectfully submitted,

  /s/ Michael A. Oakes
Michael A. Oakes (VA Bar No. 47245)
Email: moakes@hunton.com
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave. N.

Washington, DC 20037
Telephone: (202) 955-1500
Fascimile: (202) 778-2001

*Counsel for Defendant*
*FrontPoint Security Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 12, 2013**, I will file the foregoing document, **NOTICE OF INTENT NOT TO PROCEED**, with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties participating in the NEF system, including the following:

Mark Edward Warmbier
Email: mewarmbier@kaufcan.com
Stephen Edward Noona
Email: senoona@kaufcan.com
**KAUFMAN & CANOLES, P.C.**
150 W Main Street, Suite 2100
PO Box 3037
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (757) 624-3169

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
aknutson@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

Dabney J. Carr, IV
Robert A. Angle
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Counsel for Defendant Alarm.com Incorporated*

Dated: September 12, 2013

/s/ Michael A. Oakes
Michael A. Oakes (VA Bar No. 47245)
Email: moakes@hunton.com
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
Hunton & Williams LLP
2200 Pennsylvania Ave. N.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2001

*Counsel for Defendant
FrontPoint Security Solutions, LLC*

80264.000005 EMF_US 46878399v2