**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED, and FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:13-CV-00834-LMB-IDD <br><br> Jury Trial Demanded |

**DEFENDANT FRONTPOINT SECURITY SOLUTIONS, LLC'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant FrontPoint Security Solutions, LLC. ("FrontPoint"), by counsel, pursuant to Federal Rule of Civil Procedure and 12(b)(6), moves this Court to dismiss Plaintiff iControl Networks, Inc.'s ("iControl") First Amended Complaint in its entirety with respect to FrontPoint for failure to state a claim upon which relief can be granted. The grounds and authorities in support of this motion are set forth in the Memorandum of Law filed in support of FrontPoint's Motion. A proposed Order dismissing the First Amended Complaint is attached as Exhibit 1.

Dated: September 30, 2013    Respectfully submitted,

                                                 /s/ Michael A. Oakes
                                              Michael A. Oakes (VA Bar No. 47245)
                                              Email: moakes@hunton.com
                                              Alysa N. Youngson (VA Bar No. 82838)
                                              Email: ayoungson@hunton.com
                                              **Hunton & Williams LLP**
                                              2200 Pennsylvania Ave. N.W.
                                              Washington, DC 20037
                                              Telephone: (202) 955-1500
                                              Facsimile: (202) 778-2001

                                              *Counsel for Defendant*
                                              *FrontPoint Security Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties participating in the NEF system, including the following:

| | |
|---|---|
| Mark Edward Warmbier<br>Email: mewarmbier@kaufcan.com<br>Stephen Edward Noona<br>Email: senoona@kaufcan.com<br>**Kaufman & Canoles, P.C.**<br>150 W Main Street, Suite 2100<br>P.O. Box 3037<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169 | *Counsel for Plaintiff iControl Networks, Inc.*<br>Dabney J. Carr, IV<br>Email: dabney.carr@troutmansanders.com<br>Robert A. Angle<br>Email: robert.angle@troutmansanders.com<br>**Troutman Sanders LLP**<br>P.O. Box 1122<br>Richmond, Virginia 23218<br>Telephone: (804) 697-1200<br>Facsimile: (804) 697-1339 |
| James C. Yoon<br>Email: jyoon@wsgr.com<br>Ryan R. Smith<br>Email: rsmith@wsgr.com<br>Alyssa N. Knutson<br>Email: aknutson@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 | *Counsel for Defendant Alarm.com Incorporated* |
| Dated: September 30, 2013 | /s/ Michael A. Oakes<br>Michael A. Oakes (VA Bar No. 47245)<br>Email: moakes@hunton.com<br>Alysa N. Youngson (VA Bar No. 82838)<br>Email: ayoungson@hunton.com<br>**Hunton & Williams LLP**<br>2200 Pennsylvania Ave. N.W.<br>Washington, DC 20037<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2001<br><br>*Counsel for Defendant<br>FrontPoint Security Solutions, LLC* |

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED, and FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:13-CV-00834-LMB-IDD <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER OF DISMISSAL**

On this day, came the parties, by counsel, on the Motion to Dismiss Plaintiff's First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendant FrontPoint Security Solutions, LLC ("FrontPoint"), and, after consideration of legal memoranda and argument and for good cause shown, the Court ORDERS dismissal of all claims as to FrontPoint for failure to state a claim upon which the relief sought may be granted.

Dated: October ___, 2013        Entered: ____/____/____

 

_____
United States District Court
Eastern District of Virginia