**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ALARM.COM INCORPORATED, and<br>FRONTPOINT SECURITY SOLUTIONS, LLC,<br><br>     Defendants. | Case No. 1:13-CV-00834-LMB-IDD<br><br>Jury Trial Demanded |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, October 18, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, FrontPoint Security Solutions, LLC ("FrontPoint") will move the Court for the relief requested in its Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). FrontPoint consents to and is available for a hearing on its Motion on October 18, 2013.

Dated: September 30, 2013

Respectfully submitted,

 /s/  Michael A. Oakes
Michael A. Oakes (VA Bar No. 47245)
Email: moakes@hunton.com
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
**Hunton & Williams LLP**
2200 Pennsylvania Ave. N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2001

*Counsel for Defendant
FrontPoint Security Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties participating in the NEF system, including the following:

| | |
|---|---|
| Mark Edward Warmbier<br>Email: mewarmbier@kaufcan.com<br>Stephen Edward Noona<br>Email: senoona@kaufcan.com<br>**Kaufman & Canoles, P.C.**<br>150 W Main Street, Suite 2100<br>P.O. Box 3037<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169 | *Counsel for Plaintiff iControl Networks, Inc.*<br>Dabney J. Carr, IV<br>Email: dabney.carr@troutmansanders.com<br>Robert A. Angle<br>Email: robert.angle@troutmansanders.com<br>**Troutman Sanders LLP**<br>P.O. Box 1122<br>Richmond, Virginia 23218<br>Telephone: (804) 697-1200<br>Facsimile: (804) 697-1339 |
| James C. Yoon<br>Email: jyoon@wsgr.com<br>Ryan R. Smith<br>Email: rsmith@wsgr.com<br>Alyssa N. Knutson<br>Email: aknutson@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 | *Counsel for Defendant Alarm.com Incorporated* |
| Dated: September 30, 2013 | /s/ Michael A. Oakes<br>Michael A. Oakes (VA Bar No. 47245)<br>Email: moakes@hunton.com<br>Alysa N. Youngson (VA Bar No. 82838)<br>Email: ayoungson@hunton.com<br>**Hunton & Williams LLP**<br>2200 Pennsylvania Ave. N.W.<br>Washington, DC 20037<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2001<br><br>*Counsel for Defendant*<br>*FrontPoint Security Solutions, LLC* |