IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) 1:13cv00834 (LMB/IDD) |
| ALARM.COM INCORPORATED, et al., | ) |
| Defendants. | ) |

ORDER

On September 30, 2013, defendant FrontPoint Security Solutions, LLC filed a Motion to Dismiss Plaintiff's First Amended Complaint and noticed it for a hearing on Friday, October 18, 2013. Dkt. Nos. 46, 48. The Court will not hear motions on Friday, October 18, 2013. Accordingly, it is hereby

ORDERED that oral argument on defendant's motion be and is ADVANCED to **10:00 a.m. on Thursday, October 17, 2013**.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of October, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge