# CIVIL MOTION MINUTES

Date: 10/17/13

Time: 10:36am- 10:58am

Judge: Brinkema
Reporter: A. Thomson

Civil Action Number: 1:13cv834

iControl Networks, Inc.   vs.   Alarm.com Incorporated et al

Appearances of Counsel for   ( X ) Pltf   ( X) Deft

Motion to/for:
#46 Deft motion to dismiss

Argued &
(  ) Granted   ( X ) Denied (   ) Granted in part/Denied in part
(   )Taken Under Advisement (     ) Continued to

(  ) Memorandum Opinion to Follow

( X )   Order to follow