IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13cv00834 (LMB/IDD) |
| ) | |
| ALARM.COM INCORPORATED, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant FrontPoint Security Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 46] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of October, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge