# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED, and FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:13-CV-00834-LMB-IDD <br><br> Jury Trial Demanded |

## ORDER

In consideration of the Consent Motion to Withdraw (1) Exhibit 1 to Defendant FrontPoint Security Solutions, LLC's Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint and (2) Motion for Leave to File Under Seal Exhibit to its Reply Brief in Support of its Motion to Dismiss Plaintiff's First Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**.

Dated: 28 Oct 13

/s/
Ivan D. Davis
United States Magistrate Judge