# Exhibit C

CONFIDENTIAL UNDER PROTECTIVE ORDER
WILLIAM GROTZINGER - 10/25/2013

Page 1

WILLIAM GROTZINGER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

---oOo---

```
WILLIAM GROTZINGER,            )
                               )
           Plaintiff,          )
                               )
     vs.                       ) No. 13-834 (LMB/IDD)
                               )
ALARM.COM INCORPORATED AND     )
FRONTPOINT SECURITY SOLUTIONS, )
LLC,                           )
                               )
           Defendants.         )
_____)
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF

WILLIAM GROTZINGER

_____

FRIDAY, OCTOBER 25, 2013

REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

CONFIDENTIAL UNDER PROTECTIVE ORDER
WILLIAM GROTZINGER - 10/25/2013

Page 135

| | | |
|---|---|---|
| 1 | WILLIAM GROTZINGER | |
| 2 | reference design that was later abandoned. | 13:00:40 |
| 3 | Q. So what I'm try to get at is, you said that | 13:00:45 |
| 4 | before 2012, there are no product-level revenue | 13:00:47 |
| 5 | documents at iControl. Is that right? | 13:00:53 |
| 6 | MS. PROCACCIO-FLOWERS: Asked and answered. | 13:00:56 |
| 7 | Objection. | 13:00:57 |
| 8 | THE WITNESS: Yeah, the 2012 was when we | 13:00:58 |
| 9 | broke out this business unit look. | 13:01:01 |
| 10 | MR. ATKINSON: Q. So that's a "yes" to | 13:01:04 |
| 11 | that question? | 13:01:05 |
| 12 | A. Yeah. | 13:01:06 |
| 13 | Q. Okay. And then you said in 2011, 2010, | 13:01:07 |
| 14 | 2009, 2008, 2007, there are revenue documents, but | 13:01:11 |
| 15 | they are not product level. Is that right? | 13:01:16 |
| 16 | A. Yes. | 13:01:19 |
| 17 | Q. And yet, in 2007, 2008, 2009, and up until | 13:01:20 |
| 18 | the merger with uControl in 2010, iControl only | 13:01:27 |
| 19 | had one product. Is that right? | 13:01:32 |
| 20 | A. To the best of my knowledge. | 13:01:38 |
| 21 | Q. And so the 2007, 2008, 2009, and up through | 13:01:40 |
| 22 | October 2010, documents at iControl reflecting | 13:01:49 |
| 23 | revenues are in fact product level, because they | 13:01:55 |
| 24 | reflect revenues from that single iControl | 13:02:00 |
| 25 | product. | 13:02:03 |