**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br>　　　　Plaintiff/Counterclaim-Defendant, <br><br>　　v. <br><br>ALARM.COM INCORPORATED, <br><br>　　　　Defendant/Counterclaim-Plaintiff, <br><br>　　and <br><br>FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br>　　　　Defendant. | Case No. 1:13CV834 (LMB-IDD) |

**NOTICE OF APPEARANCE**

Please take notice that the following attorney enters his appearance as counsel of record for Defendant-Counterclaimant Alarm.com in this matter:

S. Mohsin Reza, Esq.
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  703-734-4334
Facsimile:  703-734-6510

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　ALARM.COM INCORPORATED


　　　　　　　　　　　　　　By　　　　　/s/　　　　　　　
　　　　　　　　　　　　　　　　　Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com


S. Mohsin Reza, VSB #75347
**TROUTMAN SANDERS LLP**
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  703-734-4334
Facsimile:  703-734-6510
mohsin.reza@troutmansanders.com

Roger G. Brooks
Teena-Ann V. Sankoorikal
Andrei Harasymiak
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rgbrooks@cravath.com
tsankoorikal@cravath.com
aharasymiak@cravath.com


*Counsel for Defendant Alarm.com Incorporated.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
aknutson@wsgr.com

Stephen E. Noona
Mark E. Warmbier
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com
mewarmbier@kaufcan.com

*Attorneys for Plaintiff iControl Networks, Inc.*

Michael A. Oakes
Alysa N. Youngson
Hunton & Williams, LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
moakes@hunton.com
ayoungson@hunton.com

*Attorneys for Defendant FrontPoint Security Solutions, LLC*

/s/
S. Mohsin Reza, VSB #75347
**TROUTMAN SANDERS LLP**
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Telephone: 703-734-4334
Facsimile: 703-734-6510
mohsin.reza@troutmansanders.com
*Counsel for Defendant Alarm.com Incorporated*