# SHOW CAUSE HEARING

Date: 11/1/2013  Judge: Ivan D. Davis
 Reporter: FTR
Start: 10:47  Deputy Clerk: John Williams
Finish: 11:15

Civil Action Number: 1:13CV834

    IControl Networks, Inc.

vs.

    Alarm.com, Inc., et al

Appearance of Counsel for ( x )Pltf  ( x ) Deft
Motion for:

[60] Defendant's Motion to Compel a Complete Answer to Interrogatories Number 6 and 15- Granted/DENIED

Argued &
( ) Granted   ( ) Denied  ( x ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Report and Recommendation to Follow
( x ) Order to Follow