IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00834 (LMB/IDD) |
| ALARM.COM INC., et al., | ) |
| Defendants. | ) |

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion to Compel a Complete Answer to Interrogatories Numbers 6 and 15 [Dkt. No. 60] is **GRANTED in part** and **DENIED in part**. The Motion is granted as to Interrogatory Number 6, and supplemental responses are due by 5:00pm on November 8, 2013. The Motion as to Interrogatory Number 15 is denied as moot.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 1st day of November 2013.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge