IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13cv834, Case Name iControl Networks, Inc. v. Alarm.com Incorporated et al.
Party Represented by Applicant: FrontPoint Security Solutions, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Bradley Thomas Lennie
Bar Identification Number 951213014/458094   State MD/DC
Firm Name Hunton & Williams LLP
Firm Phone # (202) 955-1500   Direct Dial # (202) 955-1914   FAX # (202) 778-2201
E-Mail Address blennie@hunton.com
Office Mailing Address 2200 Pennsylvania Avenue, N.W., Washington, D.C. 2003

Name(s) of federal court(s) in which I have been admitted U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Federal Claims

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   11/13/2013
Alysa N. Youngson   (Date)
(Typed or Printed Name)   82838
   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)   (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2013, the foregoing **APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(d)** was filed with the Clerk of the Court. A copy will be served via email on the following:

Mark Edward Warmbier
Email: mewarmbier@kaufcan.com
Stephen Edward Noona
Email: senoona@kaufcan.com
**Kaufman & Canoles, P.C.**
150 W Main Street, Suite 2100
P.O. Box 3037
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

James C. Yoon
Email: jyoon@wsgr.com
Ryan R. Smith
Email: rsmith@wsgr.com
Alyssa N. Knutson
Email: aknutson@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Service Email: iControl@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

Dabney J. Carr, IV
Email: dabney.carr@troutmansanders.com
Robert A. Angle
Email: robert.angle@troutmansanders.com
**Troutman Sanders LLP**
P.O. Box 1122
Richmond, Virginia 23218
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

*Counsel for Defendant Alarm.com Incorporated*

/s/ Alysa N. Youngson
Alysa N. Youngson (VA Bar No. 82838)
Email: ayoungson@hunton.com
**Hunton & Williams LLP**
2200 Pennsylvania Ave. N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2001

*Counsel for
Defendant FrontPoint Security Solutions LLC*