# EXHIBIT 1

# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY

PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY

MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1014

November 13, 2013

<u>iControl Networks, Inc. v. Alarm.com Inc., et al.</u>, No. 13-834 (LMB/IDD) (E.D. Va.)

Dear Ryan:

      I write in response to your email to Marc Khadpe of early this morning, as well as in regards to a production yesterday to Alarm.com of what was identified as "executable server side software".

### "Demo" iControl Systems in Palo Alto and Austin

      You informed us by email early this morning—two days before the deadline for opening expert reports—that iControl has now completed installation of a "demo" system for the "Converge/Touchstone" products in Austin, Texas. We do not understand why you chose to complete the installation in Austin, particularly since the suit is pending in Virginia, it is inconsistent with your own offer, it is an impractical location at this late stage of discovery and we did not agree to an installation in Austin.

      On October 24, you wrote in an email to us, "[W]e'd be happy to ship the equipment [associated with the accused iControl products] to you and if there are issues with your installation effort we could follow-up with a troubleshooting discussion". We accepted your proposal on October 30. Yet we never received the promised shipment(s). Instead, on November 1, you informed us that iControl had set up a "Connect demo system" in Palo Alto. Since that date, we have accessed the system remotely, and have communicated its highly limited functionality—including its lack of any "automation" or "schedule" functions and its lack of any mobile application for remote access—to you and your colleagues no fewer than four separate times in writing. (<u>See</u> Ltr. from M. Khadpe to R. Smith, dated Nov. 4, 2013; Ltr. from M. Khadpe to R. Smith, dated Nov. 6, 2013; Email from M. Khadpe to R. Smith, dated Nov. 8, 2013; Alarm.com's Motion to Compel, dated Nov. 8, 2013.) Given your silence, we even conferred with your colleagues, James Yoon and Alyssa Knutson, in person on November 7 and 8, respectively, both of whom ultimately directed us to you. To date, we have received no

response whatsoever from iControl as to any of these numerous communications. We remain interested in physically inspecting the Connect system; however, it makes little sense to travel to California to inspect a deficient system. Had you resolved the issues we raised when we first brought them to your attention, we would have had ample time to visit your offices for an inspection. Will you agree to update the limited Connect demo so that it is fully functional? Given that expert reports are due in two days, we ask that you make the fully functional system available in New York or Alexandria. Will you agree to do so?

With regard to the Converge/Touchstone systems to which we have requested access, we do not understand why the new "demo" would be made available in Austin when the case is in Alexandria and we are located in New York. Austin has no connection to this case, and at this late stage in discovery, is not practical. We request access to a system in New York or in Alexandria. In any event, we would like immediate remote access to the system that has been set up in Austin, which your email failed to provide. Please promptly (1) provide us with logins to that system; (2) describe what version(s) of Converge and/or Touchstone the new "demo" includes; and (3) confirm that the demo system is fully functional and includes the functionality directly relevant to Alarm.com's asserted patent claims.

### iControl's Production of Executable Software

The executable files that you produced yesterday are deficient. As an initial matter, you provided no instructions, no installation guide, no application server and no other way to actually run the files. Although some of the documents appear to be Java executables, running them on a Java-equipped computer has not worked. Further, even if we could open the files you sent us, we believe we would still be left without information as to which iControl product(s), version(s) or function(s) the software is supposed to embody. Most critically, however, the files fall woefully short of providing access to a complete, functional version of any iControl product, each of which includes premises-side equipment, such as the "iHub" device. While Alarm.com's request encompassed executable versions of all software involved in running iControl's accused products, it was made in the context of providing complete, functional samples of the iControl products. You have not yet provided those to us.

Sincerely,

Stefan H. Atkinson

Ryan R. Smith, Esq.
   Wilson Sonsini Goodrich & Rosati
      650 Page Mill Road
         Palo Alto, CA 94304-1050

With a copy to:

All counsel of record

BY EMAIL