# MOTION HEARING

Date: 11/15/13                                   Judge: Ivan D. Davis
                                                 Reporter: FTR
Start: 10:09                                     Deputy Clerk: John Williams
Finish: 10:48

Civil Action Number: 1:13CV834


     iControl Networks


vs.

     Alarm.com

Appearance of Counsel for ( x  )Pltf  ( x  ) Deft
(  ) Matter is Uncontested
Motion to/for:

[72] Motion to Compel a Complete answer to RFP No. 89 and to Produce Documents

Argued &
(  ) Granted   (  ) Denied  ( x  ) Granted in part/Denied in part
(  ) Taken Under Advisement   (  ) Continued to


(  ) Report and Recommendation to Follow
( x  ) Order to Follow