NOV 15 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ICONTROL NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:13-cv-00834 (LMB/IDD) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion to Compel a Complete Answer to Request for Production Number 89 and to Produce Documents from the Confluence System [Dkt. No. 72] is **GRANTED in part** and **DENIED in part.** The Motion is granted as to the production of fully functional systems by the Plaintiff to the Defendant. Access to the fully functional systems must be provided no later than 5:00pm on November 22, 2013. The Motion to produce documents from the Confluence System is denied as moot. It is further hereby

**ORDERED** that the Expert Reports deadline will be extended until Wednesday, December 4, 2013. It is further hereby

**ORDERED** that the Defendant is granted leave to re-depose Corey Gates, the Chief Technical Officer of iControl Networks, Inc., and Paul Dobbs, the former Chief Executive Officer of iControl Networks, Inc., if necessary. Any deposition must be completed with sufficient time to allow the experts to supplement their reports by December 4, 2013.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 15th day of November 2013.

Alexandria, Virginia

                                                    /s/
                                            Ivan D. Davis
                                            United States Magistrate Judge

Case 1:13-cv-00834-LMB-IDD   Document 99   Filed 11/15/13   Page 2 of 2 PageID# 1643