IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ICONTROL NETWORKS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ALARM.COM INCORPORATED;<br>FRONTPOINT SECURITY SOLUTIONS, LLC<br><br>    Defendants. | Civil Action No. 1:13-cv-834-LMB/IDD<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ICONTROL NETWORKS, INC.'S ANSWER TO
DEFENDANT FRONTPOINT SECURITY SOLUTIONS, LLC'S COUNTERCLAIMS**

Plaintiff iControl Networks, Inc. ("iControl") hereby answers Defendant FrontPoint Security Solutions, LLC's ("FrontPoint") Counterclaims ("Counterclaims"). iControl hereby responds to the numbered paragraphs of the Counterclaims and in doing so denies the allegations of the Counterclaims except as specifically stated:

**JURISDICTION AND VENUE**

63. iControl admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367(a), 2201, and 2202, and 35 U.S.C. §§ 1, *et seq.* iControl admits that it has sued FrontPoint in this present action, alleging infringement of U.S. Patent Nos. 7,262,690; 7,911,341; 8,073,931; 8,335,842; 8,473,619 and 8,478,844.

64. iControl admits that venue is proper in this District to the extent that iControl has submitted to venue for the purposes of this action. iControl denies the remaining allegations, whether express or implied, in Paragraph 64.

## PARTIES

65. iControl lacks knowledge or information sufficient to form a belief as to the truth of the allegation in Paragraph 65 that "FrontPoint is a corporation organized and existing under the laws of the State of Delaware having its principal offices in McLean, Virginia," and on that basis denies it.

66. iControl admits the allegations of Paragraph 66.

## FIRST COUNT
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

67. Paragraphs 63-66 are reincorporated by reference as if fully set forth herein.

68. iControl admits the allegations contained in Paragraph 68.

69. iControl denies the allegations contained in Paragraph 69.

70. iControl denies the allegations contained in Paragraph 70.

## SECOND COUNT
## DECLARATORY JUDGMENT OF INVALIDITY

71. Paragraphs 63-70 are reincorporated by reference as if fully set forth herein.

72. iControl admits the allegations contained in Paragraph 72.

73. iControl denies the allegations contained in Paragraph 73.

## AFFIRMATIVE DEFENSES

74. FrontPoint's counterclaims fail to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

iControl denies that FrontPoint is entitled to any of the relief requested in paragraphs A through E of its prayer for relief or to any other relief in any form whatsoever. iControl further denies each and every allegation contained in the Counterclaims to which it has not specifically responded.

## JURY DEMAND

iControl admits that FrontPoint demands a trial by jury on all issues and claims so triable and requests a jury trial on all issues so triable under Frontpoint's counterclaims as well.

Dated:  November 25, 2013  Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
Matthew B. Chmiel
Virginia State Bar No. 65334
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
Email:  mewarmbier@kaufcan.com
Email:  senoona@kaufcan.com
Email:  mbchmiel@kaufcan.com

James C. Yoon (*pro hac vice*)
Ryan R. Smith (*pro hac vice*)
Alyssa N. Knutson (*pro hac vice*)
Mary Procaccio-Flowers (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
Email:  jyoon@wsgr.com
Email:  rsmith@wsgr.com
Email:  aknutson@wsgr.com
Email:  mprocaccioflowers@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Marc Khadpe (*pro hac vice*)
Teena-Ann Sankoorikal (*pro hac vice*)
Daniel Weinstein (*pro hac vice*)
Andrei Harasymiak (*pro hac vice*)
Roger Brooks (*pro hac vice*)
Stefan Howard Atkinson (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Telephone:  212-474-1000
Facsimile:  212-474-3700
Email:  mkhadpe@cravath.com
Email:  tsankoorikal@cravath.com
Email:  dweinstein@cravath.com
Email:  aharasymiak@cravath.com
Email:  rgbrooks@cravath.com

Dabney J. Carr, IV
Robert A. Angle
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
dabney.carr@troutmansanders.com
roberts.angle@troutmansanders.com

*Counsel for Defendant Alarm.com, Inc.*

Michael A. Oakes
Virginia State Bar No. 42745
Alysa N. Youngson
Virginia State Bar No. 82838
Bradley T. Lennie
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC  20037
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
moakes@hunton.com
ayoungson@hunton.com
blennie@hunton.com

*Counsel for Defendant FrontPoint Security Solutions, LLC*

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
Matthew B. Chmiel
Virginia State Bar No. 65334
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Email: mewarmbier@kaufcan.com
Email: senoona@kaufcan.com
Email: mbchmiel@kaufcan.com

James C. Yoon (*pro hac vice*)
Ryan R. Smith (*pro hac vice*)
Alyssa N. Knutson (*pro hac vice*)
Mary Procaccio-Flowers (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jyoon@wsgr.com
Email: rsmith@wsgr.com
Email: aknutson@wsgr.com
Email: mprocaccioflowers@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

12831860v1