**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ICONTROL NETWORKS, INC., | |
| Plaintiff/Counterclaim-Defendant, | |
| v. | Civil Action No. 1:13CV-834 (LMB/IDD) |
| ALARM.COM INCORPORATED | |
| Defendant/Counterclaim-Plaintiff, | **JURY TRIAL DEMANDED** |
| and | |
| FRONTPOINT SECURITY SOLUTIONS, LLC, | |
| Defendant. | |

<u>**UNCONTESTED MOTION TO WITHDRAW MOTIONS**</u>

Defendant and Counterclaim Plaintiff Alarm.com Incorporated ("Alarm.com"), by counsel, hereby moves the Court to withdraw Alarm.com's Motion for Leave to Take the Deposition of Jeff Wilson [Dkt No. 108] and Motion to File Documents Under Seal [Dkt. No. 111]. The parties have executed a full and final settlement of all claims in this matter and will shortly be moving to dismiss this action, with prejudice. Plaintiff, iControl Networks, Inc. ('iControl"), and Defendant FrontPoint Security Solutions, LLC ("FrontPoint") do not contest the granting of this Motion.

**Alarm.com does not request a hearing on this motion.**

WHEREFORE, Alarm.com respectfully requests that the Court grant its motion to withdraw its Motion for Leave to Take the Deposition of Jeff Wilson [Dkt No. 108] and Motion to File Documents Under Seal [Dkt. No. 111].

ALARM.COM INCORPORATED


By_____/s/_____
              Of Counsel


Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Roger G. Brooks
Teena-Ann V. Sankoorikal
Andrei Harasymiak
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rgbrooks@cravath.com
tsankoorikal@cravath.com
aharasymiak@cravath.com

*Counsel for Defendant and Counterclaim-Plaintiff Alarm.com Incorporated*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 8th day of January, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
jyoon@wsgr.com
rsmith@wsgr.com
aknutson@wsgr.com

Stephen E. Noona
Mark E. Warmbier
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com
mewarmbier@kaufcan.com

*Attorneys for Plaintiff iControl Networks, Inc.*

Michael A. Oakes
Alysa N. Youngson
Hunton & Williams, LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
moakes@hunton.com
ayoungson@hunton.com

*Attorneys for Defendant FrontPoint Security Solutions, LLC*

                                           /s/
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
*Counsel for Defendant Alarm.com Incorporated*