# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ICONTROL NETWORKS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALARM.COM INCORPORATED; )<br>FRONTPOINT SECURITY SOLUTIONS, LLC )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-834-LMB/IDD<br><br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Alarm.com Inc. ("Alarm.com") and iControl Networks, Inc. ("iControl") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, stipulate to dismiss the above-entitled action and all claims by iControl against Alarm.com and FrontPoint Security Solutions, LLC ("FrontPoint") and all claims by Alarm.com against iControl made therein with prejudice to the re-filing of same, subject to the reservation of rights by the parties to assert all their respective defenses and affirmative defenses in subsequent litigation concerning the patents-in-suit. Additionally, Defendants' declaratory judgment counterclaims of invalidity and non-infringement are dismissed without prejudice.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

AGREED:

Dated:  January 9, 2014  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
Email:  senoona@kaufcan.com
Email:  mewarmbier@kaufcan.com

Matthew B. Chmiel
Virginia State Bar No. 65334
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Telephone:  (804)771-5700
Facsimile:  (804) 771-5777
Email:  mbchmiel@kaufcan.com

James C. Yoon (*pro hac vice*)
Ryan R. Smith (*pro hac vice*)
Alyssa N. Knutson (*pro hac vice*)
Mary A. Procaccio-Flowers (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
Email:  jyoon@wsgr.com
Email:  rsmith@wsgr.com
Email:  aknutson@wsgr.com
Email : mprocaccioflowers@wsgr.com

*Counsel for Plaintiff iControl Networks, Inc.*

   /s/ Dabney J. Carr, IV
Dabney J. Carr, IV
Virginia State Bar No. 28679
Robert A. Angle
Virginia State Bar No. 37691
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Roger G. Brooks
Teena-Ann V. Sankoorikal
Andrei Harasymiak
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rgbrooks@cravath.com
tsankoorikal@cravath.com
aharasymiak@cravath.com

*Counsel for Defendant and Counterclaim-Plaintiff
Alarm.com Incorporated*


   /s/ Michael A. Oakes
Michael A. Oakes
Virginia State Bar No. 42745
Alysa N. Youngson
Virginia State Bar No. 82838
Bradley T. Lennie
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moakes@hunton.com
ayoungson@hunton.com
blennie@hunton.com

*Counsel for Defendant and Counterclaim-Plaintiff
FrontPoint Security Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Marc Khadpe (*pro hac vice*)
Teena-Ann Sankoorikal (*pro hac vice*)
Daniel Weinstein (*pro hac vice*)
Andrei Harasymiak (*pro hac vice*)
Roger Brooks (*pro hac vice*)
Stefan Howard Atkinson (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
mkhadpe@cravath.com
tsankoorikal@cravath.com
dweinstein@cravath.com
aharasymiak@cravath.com
rgbrooks@cravath.com
satkinson@cravath.com

Dabney J. Carr, IV
Robert A. Angle
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
dabney.carr@troutmansanders.com
roberts.angle@troutmansanders.com

*Counsel for Defendant Alarm.com, Inc.*

Michael A. Oakes
Virginia State Bar No. 42745
Alysa N. Youngson
Virginia State Bar No. 82838
Bradley T. Lennie
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moakes@hunton.com
ayoungson@hunton.com
blennie@hunton.com

*Counsel for Defendant FrontPoint Security Solutions, LLC*

     */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
Email: senoona@kaufcan.com
Email: mewarmbier@kaufcan.com

*Counsel for Plaintiff iControl Networks, Inc.*